JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 557 -- In re Train Derailment Near Inwood, Indiana, on November 8, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/07/20 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- Consolidated Rail Corp. (CONRAIL)<br>SUGGESTED TRANSFEREE COURT: S.D. INDIANA<br>SUGGESTED TRANSFEREE JUDGE: (cds) |
| 83/07/20 | 2 | Letter requesting motion to be placed on July 28, 1983 docket -- signed by Stephen M. Houghton, attorney for CONRAIL -- notified him that matter will not be considered at the July 28, 1983 hearing (cds) |
| 83/07/29 | | APPEARANCES -- ALVIN E. DOMASH, ESQ. for The Consolidated Rail Corp.; RICHARD D. GILARDI, ESQ. for James J. Golembiewski, Henry B. Mettert, John W. Miles, Paul Repine, Richard W. Fitch, Earl Hamilton, William T. Bonta, Gerone Smith, Dennis M. Holycross and Paul R. Monroe (ds) |
| 83/08/02 | | APPEARANCE -- John C. Green for Andrew Pulver, Karl Kline, Augustus Cannaday, John Sarson & Clyde Owens (emh) |
| 83/09/20 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable James E. Noland pursuant to 28 U.S.C. §1407. (emh) |
| 83/09/20 | | TRANSFER ORDER -- transferring actions (A-1 thru A-11) to the S.D. Indiana pursuant to 28 U.S.C. §1407. Notified PASL/A-1 thru A-16; involved clks. and jdgs. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 557 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TRAIN DERAILMENT NEAR INWOOD, INDIANA, ON NOVEMBER 8, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 9/20/83 | TO | Unpublished | S.D. Indiana | James E. Noland | |

### Special Transferee Information

DATE CLOSED: 7/9/90

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 557 -- IN RE TRAIN DERAILMENT NEAR INWOOD, INDIANA, ON NOVEMBER 8, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James J. Juricak v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2191 | SEP 2 0 1983 | IP83-1619-C | 7/9/90 D | |
| A-2 | Stanley J. Golembiewski v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2201 | SEP 2 0 1983 | IP83-1620C | 7/10/87 D | |
| A-3 | Henry B. Mettert v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2202 | SEP 2 0 1983 | IP83-1621C | 12/9/88 D | |
| A-4 | John W. Miles v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2209 | SEP 2 0 1983 | IP83-1622C | 10/20/87 D | |
| A-5 | Paul Repine v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2210 | SEP 2 0 1983 | IP83-1623C | 7/10/87 D | |
| A-6 | Richard W. Fitch v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2211 | SEP 2 0 1983 | IP83-1624C | 7/10/87 D | |
| A-7 | Earl Hamilton, Sr. v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2349 | SEP 2 0 1983 | IP83-1625C | 10/20/87 D | |
| A-8 | William T. Bonta v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2350 | SEP 2 0 1983 | IP83-1626C | 7/10/87 D | |
| A-9 | Gerone Smith v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2351 | SEP 2 0 1983 | IP83-1627C | 7/10/87 D | |
| A-10 | Dennis M. Holycross v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2352 | SEP 2 0 1983 | IP83-1628C | 7/10/87 D | |
| A-11 | Paul R. Monroe v. Consolidated Rail Corporation | W.D.Pa. Bloch | 82-2353 | SEP 2 0 1983 | IP83-1629C | 6/20/89 D | |
| A-12 | Andrew M. Pulver v. Consolidated Rail Corporation | S.D.Ind. Noland | IP82-2086C | | | 4/16/87 D | |

DOCKET NO. 557 -- In re Train Derailment Near Inwood, Indiana, on November 8, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Karl N. Kline v. Consolidated Rail Corporation | S.D.Ind. Noland | IP82-2087C | | | 4/16/87D | |
| A-14 | Augustus L. Cannaday v. Consolidated Rail Corporation | S.D.Ind. Noland | IP82-2088C | | | 4/16/87D | |
| A-15 | John E. Sarson v. Consolidated Rail Corporation | S.D.Ind. Noland | IP82-2089C | | | 4/16/87D | |
| A-16 | Clyde J. Owens v. Consolidated Rail Corporation | S.D.Ind. Noland | IP82-2090C | | | 4/16/87D | |

July 1983 - 11 TR/5 XY 2/16 Pdg.
July 1985 - Same
July 1986 - Same
July 1987 - Same
July 1988 - 13 Dis/3 Pending
July 1989 - 1 Dis/2 Pending
July 1990 - 1 Dis/1 Pending
July 1991 - [illegible]

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 557 -- In re Train Derailment Near Inwood, Indiana, on November 8, 1979

| | |
|---|---|
| JAMES J. JURICAK (A-1)<br>STANLEY J. GOLEMBIEWSKI (A-2)<br>HENRY B. METTERT (A-3)<br>JOHN W. MILES (A-4)<br>PAUL REPINE (A-5)<br>RICHARD W. FITCH (A-6)<br>EARL HAMILTON, SR. (A-7)<br>WILLIAM T. BONTA (A-8)<br>GERONE SMITH (A-9)<br>DENNIS M. HOLYCROSS (A-10)<br><u>PAUL R. MONROE (A-11)</u><br>Richard D. Gilardi, Esquire<br>Gilardi & Cooper<br>808 Grant Building<br>Pittsburgh, Pennsylvania 15219<br><br>ANDREW M. PULVER (A-12)<br>KARL N. KLINE (A-13)<br>AUGUSTUS L. CANNADAY (A-14)<br>JOHN E. SARSON (A-15)<br><u>CLYDE J. OWENS (A-16)</u><br>John C. Green, Esquire<br>Smith & Jones<br>Suite 2470<br>Indiana National Bank Tower<br>One Indiana Square<br>Indianapolis, Indiana  46204 | <u>CONSOLIDATED RAIL CORPORATION</u><br>Alvin E. Domash, Esquire<br>Lord, Bissell & Brook<br>115 South LaSalle Street<br>Chicago, Illinois 60603 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 557 -- In re Train Derailment Near Inwood, Indiana, on November 8, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| Consolidated Rail Corporation | A-1 through A-16 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

p. 1