DOCKET NO. 557

SEP 20 1983

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE TRAIN DERAILMENT NEAR INWOOD, INDIANA, ON NOVEMBER 8, 1979

### TRANSFER ORDER

All parties to the actions listed on the attached Schedule A agree on the desirability of transferring, pursuant to 28 U.S.C. §1407, the actions pending in the Western District of Pennsylvania to the Southern District of Indiana for coordinated or consolidated pretrial proceedings with the actions pending in that district. The Panel has found upon consideration of the papers submitted [1/] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Western District of Pennsylvania be, and the same hereby are, transferred to the Southern District of Indiana and, with the consent of that court, assigned to the Honorable James E. Noland for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1/] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 13(b), R.P.J.P.M.L., 89 F.R.D. 273, 282 (1981).

SCHEDULE A

MDL-557 -- <u>In re Train Derailment Near Inwood, Indiana, on November 8, 1979</u>

## WESTERN DISTRICT OF PENNSYLVANIA

<u>James J. Juricak v. Consolidated Rail Corporation,
    C.A. No. 82-2191</u>
<u>Stanley J. Golembiewski v. Consolidated Rail Corporation,
    C.A. No. 82-2201</u>
<u>Henry B. Mettert v. Consolidated Rail Corporation,
    C.A. No. 82-2202</u>
<u>John W. Miles v. Consolidated Rail Corporation,
    C.A. No. 82-2209</u>
<u>Paul Repine v. Consolidated Rail Corporation,
    C.A. No. 82-2210</u>
<u>Richard W. Fitch v. Consolidated Rail Corporation,
    C.A. No. 82-2211</u>
<u>Earl Hamilton, Sr. v. Consolidated Rail Corporation,
    C.A. No. 82-2349</u>
<u>William T. Bonta v. Consolidated Rail Corporation,
    C.A. No. 82-2350</u>
<u>Gerone Smith v. Consolidated Rail Corporation,
    C.A. No. 82-2351</u>
<u>Dennis M. Holycross v. Consolidated Rail Corporation,
    C.A. No. 82-2352</u>
<u>Paul R. Monroe v. Consolidated Rail Corporation,
    C.A. No. 82-2353</u>

## SOUTHERN DISTRICT OF INDIANA

<u>Andrew M. Pulver v. Consolidated Rail Corporation,
    C.A. No. IP82-2086C</u>
<u>Karl N. Kline v. Consolidated Rail Corporation,
    C.A. No. IP82-2087C</u>
<u>Augustus L. Cannaday v. Consolidated Rail Corporation,
    C.A. No. IP82-2088C</u>
<u>John E. Sarson v. Consolidated Rail Corporation,
    C.A. No. IP82-2089C</u>
<u>Clyde J. Owens v. Consolidated Rail Corporation,
    C.A. No. IP82-2090C</u>